IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DIONTE DORTCH,<br><br>　　　　　　　Defendant. | **8:15CR343**<br><br><br>**ORDER** |

This matter is before the court on the defendant's request to his attorney for the United States' investigative reports. Filing No. 646. This matter is referred to Magistrate Judge Michael D. Nelson for hearing on the defendant's request.

IT IS SO ORDERED.

Dated this 18th day of April, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge