IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DIONTE DORTCH,<br><br>                Defendant. | **8:15CR343**<br><br>**JUDGMENT** |

       In accordance with the Memorandum and Order filed on this date, Judgment is hereby entered in favor of the plaintiff and against the defendant.

       Dated this 23rd day of June, 2020.

                                              BY THE COURT:

                                              s/ Joseph F. Bataillon
                                              Senior United States District Judge