IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>DIONTE DORTCH,<br><br>Defendant. | **8:15CR343**<br><br>**ORDER** |

This matter is before the Court on defendant's motion to reconsider, Filing No. 828, this court Memorandum Order and Judgment, Filing Nos. 823 and 824. The Court has reviewed defendant's motion and finds it is without merit.

THEREFORE, defendant's motion to reconsider, Filing No. 828, is denied.

Dated this 12th day of August, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge